SCOTT J. TEPPER (Cal. Bar No. 51693)
stepper@raskinlawllp.com
RASKIN TEPPER SLOAN LAW
11333 Iowa Avenue
Los Angeles, California 90025-4214
Telephone: (310) 202-5544
Facsimile: (310) 202-5540

Local Counsel for Defendant
Charles Dombek

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MICHELE NOBLES, an individual; NOBLES JOSHUA HOLDINGS, LLC, a limited liability company,

Plaintiffs,

v.

TIE LASATER, et al.,

Defendants.

Case No. 3:26-cv-02030-BAS-MMP

**NOTICE OF APPEARANCE OF LOCAL COUNSEL FOR DEFENDANT CHARLES DOMBEK**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Scott J. Tepper of Raskin Tepper Sloan Law, a member of the bar of this Court, hereby appears as local counsel for Defendant Charles Dombek in the above-captioned action.

All further notices, papers, and electronic service in this action should be directed to the undersigned at the address, telephone number, and email address stated above.

/ / /

Dated: October 22, 2026

RASKIN TEPPER SLOAN LAW

By: ______________________
SCOTT J. TEPPER
Local Counsel for Defendant
Charles Dombek