SCOTT J. TEPPER (Cal. Bar No. 51693)
stepper@raskinlawllp.com
RASKIN TEPPER SLOAN LAW
11333 Iowa Avenue
Los Angeles, California 90025-4214
Telephone: (310) 202-5544
Facsimile: (310) 202-5540

JUDE T. HICKLAND
(*pro hac vice* pending)
BURKE BOGDANOWICZ PLLC
1201 Elm Street, Suite 4000
Dallas, Texas 75270
Telephone: (214) 888-2824
jhickland@burkebog.com

Attorneys for Defendant
Charles Dombek

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELE NOBLES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TIE LASATER, et al.,<br><br>Defendants. | Case No. 3:26-cv-02030-BAS-MMP<br><br>SUPPLEMENT TO PRO HAC VICE APPLICATION OF JUDE T. HICKLAND<br><br>[Civ. L.R. 83.3.c.4] |

I, Jude T. Hickland, further state:

1. I reside in Lucas, Texas. My office address is Burke Bogdanowicz PLLC, 1201 Elm Street, Suite 4000, Dallas, Texas 75270.

2. I do not reside in California, I am not regularly employed in California, and I am not regularly engaged in business, professional, or other activities in California.

3. I have read, understand, and agree to adhere to each of this Court's Rules, including, without limitation, the Court's Code of Conduct under Civ. L.R. 2.1 and Crim. L.R. 2.1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2026, at Dallas, Texas.

[signature]

JUDE T. HICKLAND